UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of FRANCK BERLAMONT for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

14 MISC. 00190

---

## OPTIMAL INVESTMENT SERVICES, S.A. NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that on July 10, 2014 on submission or as soon thereafter as this matter may be heard by the above-entitled Court, in Part 1, located at 500 Pearl Street, New York, New York 10007, Optimal Investment Services, S.A. ("OIS") will, and hereby do, respectfully move, pursuant to Federal Rules of Civil Procedure 24, for an Order permitting OIS to intervene in the above-captioned matter.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, arguments of counsel, all papers on file in this matter, and any other matters the Court wishes to examine in connection with this motion.

Dated:  June 30, 2014

Respectfully submitted,

_[signature]_

Shawn Patrick Regan, Esq.
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, New York  10166
Telephone:  (212) 309-1000
Facsimile:  (212) 309-1100
Email:  sregan@hunton.com

- and -

Samuel A. Danon, Esq. (*to be admitted pro hac vice*)

Gustavo J. Membiela, Esq. (*to be admitted pro hac vice*)
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: sdanon@hunton.com
Email: gmembiela@hunton.com

*Counsel for Optimal Investment Services, S.A. and Hunton & Williams LLP*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Optimal Investment Services, S.A., and Hunton & Williams LLP.

That on June 30, 2014, I served a true copy of the attached Notice of Motion To Intervene, on counsel of record at the address listed below, by hand, by leaving same in a properly addressed envelope with a proper person at the address below, during the usual business hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2014.

Bradford C. Mulder

TO:   O. Andrew F. Wilson
      Samuel Shapiro
      **Emery Celli Brinckerhoff & Abady LLP**
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019
      Telephone: (212) 763-5000

      *Counsel for Franck Berlamont*

76303.000009 EMF_US 51447603v1