UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of FRANCK BERLAMONT for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

14 MISC. 00190

---

## OPTIMAL INVESTMENT SERVICES, S.A. AND HUNTON & WILLIAMS LLP'S JOINT NOTICE OF MOTION TO VACATE *EX PARTE* ORDER AND QUASH *EX PARTE* SUBPOENA, OR FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that on July 10, 2014 on submission or as soon thereafter as this matter may be heard by the above-entitled Court, in Part 1, located at 500 Pearl Street, New York, New York 10007, Optimal Investment Services, S.A. ("OIS") and Hunton & Williams LLP ("Hunton") (collectively "Movants"), will, and hereby do, respectfully move, pursuant to Federal Rules of Civil Procedure 26, 45, and 60, for an Order vacating the *Ex Parte* Order entered in this proceeding (D.E.-4) and to quash the resulting *ex parte* subpoena.[1] Alternatively, Movants move for a protective order to ensure the continued confidentiality of the subpoenaed documents.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the attached Declaration of Shawn Patrick Regan and the exhibits attached thereto, arguments of counsel, all papers on file in this matter and any other matters the Court wishes to examine in connection with this motion.

Dated:  June 30, 2014

---

[1] In the event that OIS's motion to intervene is denied, Hunton submits the joint motion and all supporting documents in its own name and not jointly with OIS.

Respectfully submitted,

/s/ 

Shawn Patrick Regan, Esq.
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, New York  10166
Telephone:  (212) 309-1000
Facsimile: (212) 309-1100
Email:  sregan@hunton.com

- and -

Samuel A. Danon, Esq. (*to be admitted pro hac vice*)
Gustavo J. Membiela, Esq. (*to be admitted pro hac vice*)
1111 Brickell Avenue, Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460
Email:  sdanon@hunton.com
Email:  gmembiela@hunton.com

*Counsel for Optimal Investment Services, S.A. and Hunton & Williams LLP*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Optimal Investment Services, S.A., and Hunton & Williams LLP.

That on June 30, 2014, I served a true copy of the attached Joint Notice of Motion To Vacate *Ex Parte* Order and Quash *Ex Parte* Subpoena, or for a Protective Order, on counsel of record at the address listed below, by hand, by leaving same in a properly addressed envelope with a proper person at the address below, during the usual business hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2014.

Bradford C. Mulder

TO: O. Andrew F. Wilson
Samuel Shapiro
**Emery Celli Brinckerhoff & Abady LLP**
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000

*Counsel for Franck Berlamont*